FILED
Juan Pablo Guzman
CLERK, SUPERIOR COURT
12/16/2020 3:16PM
BY: ECASTILLO
DEPUTY

Case No.: S1200CV202000272
HON. DENNEEN PETERSON

1    Marc D. Bleaman, State Bar Number 016378
     Elizabeth L. Warner, State Bar Number 023039
2    **BLEAMAN LAW FIRM, P.C.**
     4562 N. 1st Avenue, Ste 100
3    Tucson, AZ 85718
     Telephone: (520) 323-1808
4    Facsimile: (520) 323-0463
     mbleaman@bleamanlawfirm.com
5    ewarner@bleamanlawfirm.com
     Attorneys for Plaintiff

6

7            IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

8              IN AND FOR THE COUNTY OF SANTA CRUZ

9

10    ANASTRID GALLEGO, a married woman; )   No.
                                  )
11         Plaintiff,               )   **COMPLAINT**
                                  )
12    vs.                                )
                                  )
13    RUSSEL ROBERT GAVEL and JANE DOE)
14    GAVEL, husband and wife; RYDER TRUCK)
     RENTAL INC, a foreign corporation)
15    authorized to do business in Arizona; JOHN)
     DOES 1-10; JANE DOES 1-10; ABC)
16    PARTNERSHIPS 1-10; XYZ)
17    CORPORATIONS 1-10; Inclusive,       )
                                  )
18         Defendants.           )
19    _____ )

20        Plaintiff Anastrid Gallego, by and through undersigned counsel, for her Complaint

21    alleges as follows:

22        1.      This matter involves an amount that exceeds the minimum jurisdictional limits

23

24    of this Court, and therefore, this Court has jurisdiction.

25

26



BLEAMAN
LAW FIRM, P.C.

1. Plaintiff is a resident of Santa Cruz County, Arizona. At the time of the events giving rise to this action, Plaintiff was a resident of Santa Cruz County.

2. Upon information and belief, Plaintiff alleges that Defendants Russel Robert Gavel and Jane Doe Gavel were husband and wife and were at all times acting for the benefit of the marital community.

3. Upon information and belief, Plaintiff alleges that Defendant Ryder Truck Rental, Inc., is a Florida corporation authorized to do business in Arizona.

4. Venue and jurisdiction are proper in Pima County, Arizona.

5. Defendants John Does 1-10 and Jane Does 1-10 are individuals or married couples whose identities are presently unknown to Plaintiff and who committed some or all of the acts complained of herein. Leave of court is sought to amend the Complaint to include the correct names as may be required and identified.

6. Defendants ABC Partnerships 1-10 and/or XYZ Corporations 1-10 are Arizona or foreign corporations and/or general or limited partnerships whose identities are presently unknown to Plaintiff, and who committed some or all acts complained of herein. Leave of court is sought to amend the Complaint to include the correct names as may be required and as identified.

7. All relevant events took place in Santa Cruz County, Arizona.

8. Pursuant to Ariz. R. Civ. P. 8(b)(2), Plaintiffs' damages are such as to qualify for Tier 2 as defined by Ariz. R. Civ. P. 26.2(c)(3)(c).

2

BLEAMAN
LAW FIRM, P.C.

9. On January 5, 2019, Plaintiff was traveling northbound on Interstate 19 near milepost 19 in Tumacacori, Arizona, in the left lane. Defendant Russel Robert Gavel was driving a truck northbound on Interstate 19 in the right lane near Plaintiff. Defendant Russel Robert Gavel attempted to pass Plaintiff by moving from the right lane to the left lane. As Defendant Russel Robert Gavel attempted to pass Plaintiff, he hit her vehicle, causing her vehicle to spin, go into the median, and roll onto its left side.

10. Upon information and belief, Defendant Russel Robert Gavel was driving a vehicle owned by Defendant Ryder Truck Rental, Inc.

11. Defendant Russel Robert Gavel had a duty of care to operate his vehicle in a safe and prudent manner to avoid causing a motor vehicle collision with any other vehicles.

12. Defendant Russel Robert Gavel had a duty to control the speed of his vehicle to avoid causing a collision with other vehicles on the roadway.

13. Defendant Russel Robert Gavel had a duty to drive his vehicle as nearly as practicable entirely within a single lane and not move his vehicle from that lane until it was safe to do so.

14. Defendant Russel Robert Gavel breached his duty of care toward Plaintiff when he operated his vehicle in a reckless, unsafe, and unlawful manner, failed to control the speed of his vehicle to avoid causing a collision with other vehicles on the roadway, and changed lanes when it was not safe to do so and caused a collision with Plaintiff's vehicle.

3

BLEAMAN
LAW FIRM, P.C.

15. Defendant Russel Robert Gavel is also negligent per se for violating A.R.S. §28-701(A) and A.R.S. §28-729.

16. Defendant Ryder Truck Rental, Inc. negligently entrusted its vehicle to Defendant Russel Robert Gavel and negligently permitted Defendant Russel Robert Gavel to operate its motor vehicle.

17. Upon information and belief, at all relevant times Defendant Russel Robert Gavel was acting as Defendant Ryder Truck Rental, Inc.'s agent, and as a result, Defendant Ryder Truck Rental, Inc. is vicariously liable for Defendant Russel Robert Gavel's negligence.

18. Defendants' negligence was the proximate cause of Plaintiff's injuries and damages.

19. As a direct and proximate result of the negligence of Defendants, Plaintiff sustained injuries requiring medical and health care, past and future, in an amount within the jurisdiction of this court to be proven at trial.

20. As a direct and proximate result of the negligence of Defendants, Plaintiff suffered serious personal injuries and disabilities.

21. As a direct and proximate result of the above personal injuries, Plaintiff incurred medical treatment and significant medical bills.

22. As a direct and proximate result of the negligence of Defendants and the above-mentioned injuries, Plaintiff has incurred pain and suffering, present, past, and future, in an amount within the jurisdiction of this court to be proven at trial.

4

BLEAMAN
LAW FIRM, P.C.

23. As a direct and proximate result of the negligence of Defendants, Plaintiff suffered property damage and loss of use.

24. As a direct and proximate result of the negligence of Defendants, Plaintiff suffered lost wages.

WHEREFORE, Plaintiff is entitled to judgment in her favor and against Defendants for the following relief:

1.      For a fair and reasonable amount to properly compensate Plaintiff for her past and future medical and health care expenses.

2.      For a fair and reasonable amount to properly compensate Plaintiff for her pain and suffering and emotional suffering.

3.      For a fair and reasonable amount to properly compensate Plaintiff for her property damage and loss of use.

4.      For a fair and reasonable amount to properly compensate Plaintiff for her lost wages.

5.      For costs incurred.

5

**BLEAMAN**
**LAW FIRM, P.C.**

1

     6.     For such further and additional relief as the court deems proper under the

2

circumstances.

3

     DATED this 16th day of December, 2020.

4

5

             **BLEAMAN LAW FIRM, P.C.**

6

     By *Marc D. Bleaman /s/*

7

         Marc D. Bleaman
         Elizabeth L. Warner

8

         Attorneys for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

6

1  Marc D. Bleaman, State Bar Number 016378
   Elizabeth L. Warner, State Bar Number 023039
2  **BLEAMAN LAW FIRM, P.C.**
   4562 N. 1st Avenue, Ste 100
3  Tucson, AZ 85718
   Telephone: (520) 323-1808
4  Facsimile:  (520) 323-0463
   mbleaman@bleamanlawfirm.com
5  ewarner@bleamanlawfirm.com
   Attorneys for Plaintiff

6

7              IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

8                 IN AND FOR THE COUNTY OF SANTA CRUZ

9

10 ANASTRID GALLEGO, a married woman; )   No.   CV202000272
                                       )
11        Plaintiff,                   )   **AMENDED COMPLAINT**
                                       )
12 vs.                                 )
                                       )
13 RUSSEL ROBERT GAVEL and JANE DOE )
14 GAVEL, husband and wife; **LV EXPRESS** )
   **LLC, a foreign corporation licensed to do** )   (Assigned to:  Hon. Denneen Peterson)
15 **business in Arizona;** RYDER TRUCK )
   RENTAL INC, a foreign corporation )
16 authorized to do business in Arizona; JOHN )
17 DOES  1-10;  JANE  DOES  1-10;  ABC )
   PARTNERSHIPS        1-10;       XYZ )
18 CORPORATIONS 1-10; Inclusive,      )
19                                     )
          Defendants.                  )
20 _____)

21        Plaintiff Anastrid Gallego, by and through undersigned counsel, for her Complaint

22 alleges as follows:

23        1.      This matter involves an amount that exceeds the minimum jurisdictional limits

24 of this Court, and therefore, this Court has jurisdiction.

25

26

**BLEAMAN**
**LAW FIRM, P.C.**

1. **2.**   Plaintiff is a resident of Santa Cruz County, Arizona.  At the time of the events giving rise to this action, Plaintiff was a resident of Santa Cruz County.

2. **3.**   Upon information and belief, Plaintiff alleges that Defendants Russel Robert Gavel and Jane Doe Gavel were husband and wife and were at all times acting for the benefit of the marital community.

3. **4.**   Upon information and belief, Plaintiff alleges that Defendant Ryder Truck Rental, Inc., is a Florida corporation authorized to do business in Arizona.

**5.   Upon information and belief, Plaintiff alleges that Defendant LV Express, LLC is a California corporation authorized to do business in Arizona.**

4. **6.**   Venue and jurisdiction are proper in Pima County, Arizona.

5. **7.**   Defendants John Does 1-10 and Jane Does 1-10 are individuals or married couples whose identities are presently unknown to Plaintiffs and who committed some or all of the acts complained of herein.  Leave of court is sought to amend the Complaint to include the correct names as may be required and identified.

6. **8.**   Defendants ABC Partnerships 1-10 and/or XYZ Corporations 1-10 are Arizona or foreign corporations and/or general or limited partnerships whose identities are presently unknown to Plaintiffs, and who committed some or all acts complained of herein.  Leave of court is sought to amend the Complaint to include the correct names as may be required and as identified.

2

GALLEGO v. GAVEL, ET AL.

**BLEAMAN**
**LAW FIRM, P.C.**

7. **9.**   All relevant events took place in Santa Cruz County, Arizona.

8. **10.**   Pursuant to Ariz. R. Civ. P. 8(b)(2), Plaintiffs' damages are such as to qualify for Tier 2 as defined by Ariz. R. Civ. P. 26.2(c)(3)(c).

9. **11.**   On January 5, 2019, Plaintiff was traveling northbound on Interstate 19 near milepost 19 in Tumacacori, Arizona, in the left lane.  Defendant Russel Robert Gavel was driving a truck northbound on Interstate 19 in the right lane near Plaintiff.  Defendant Russel Robert Gavel attempted to pass Plaintiff by moving from the right lane to the left lane.  As Defendant Russel Robert Gavel attempted to pass Plaintiff, he hit her vehicle, causing her vehicle to spin, go into the median, and roll onto its left side.

10. **12.**   Upon information and belief, Defendant Russel Robert Gavel was driving a vehicle owned by Defendant Ryder Truck Rental, Inc.

**13.   Upon information and belief, Defendant Russel Robert Gavel was in the course and scope of employment with Defendant LV Express, LLC.**

11. **14.**   Defendant Russel Robert Gavel had a duty of care to operate his vehicle in a safe and prudent manner to avoid causing a motor vehicle collision with any other vehicles.

12. **15.**   Defendant Russel Robert Gavel had a duty to control the speed of his vehicle to avoid causing a collision with other vehicles on the roadway.

3

GALLEGO v. GAVEL, ET AL.

**BLEAMAN**
**LAW FIRM, P.C.**

13. **16.** Defendant Russel Robert Gavel had a duty to drive his vehicle as nearly as practicable entirely within a single lane and not move his vehicle from that lane until it was safe to do so.

14. **17.** Defendant Russel Robert Gavel breached his duty of care toward Plaintiff when he operated her vehicle in a reckless, unsafe, and unlawful manner, failed to control the speed of his vehicle to avoid causing a collision with other vehicles on the roadway, and changed lanes when it was not safe to do so and caused a collision with Plaintiff's vehicle.

15. **18.** Defendant Russel Robert Gavel is also negligent per se for violating A.R.S. §28-701(A) and A.R.S. §28-729.

16. **19.** **Defendants LV Express, LLC and/or Defendant** Ryder Truck Rental, Inc. negligently entrusted its vehicle to Defendant Russel Robert Gavel and negligently permitted Defendant Russel Robert Gavel to operate its motor vehicle.

17. **20.** Upon information and belief, at all relevant times Defendant Russel Robert Gavel was acting as **Defendant LV Express, LLC and/or Defendant** Ryder Truck Rental, Inc.'s agent, and as a result, Defendant Ryder Truck Rental, Inc. is vicariously liable for Defendant Russel Robert Gavel's negligence.

18. **21.** Defendants' negligence was the proximate cause of Plaintiff's injuries and damages.

4

**BLEAMAN**
**LAW FIRM, P.C.**

19. **22.**   As a direct and proximate result of the negligence of Defendants Plaintiff sustained injuries requiring medical and health care, past and future, in an amount within the jurisdiction of this court to be proven at trial.

20. **23.**   As a direct and proximate result of the negligence of Defendants, Plaintiff suffered serious personal injuries and disabilities.

21. **24.**   As a direct and proximate result of the above personal injuries, Plaintiff incurred medical treatment and significant medical bills.

22. **25.**   As a direct and proximate result of the negligence of Defendants and the above-mentioned injuries, Plaintiff has incurred pain and suffering, present, past, and future, in an amount within the jurisdiction of this court to be proven at trial.

23. **26.**   As a direct and proximate result of the negligence of Defendants, Plaintiff suffered property damage and loss of use.

24. **27.**   As a direct and proximate result of the negligence of Defendants, Plaintiff suffered lost wages.

WHEREFORE, Plaintiff is entitled to judgment in her favor and against Defendants for the following relief:

1.      For a fair and reasonable amount to properly compensate Plaintiff for her past and future medical and health care expenses.

2.      For a fair and reasonable amount to properly compensate Plaintiff for her pain and suffering an emotional suffering.

**BLEAMAN**
**LAW FIRM, P.C.**

3. For a fair and reasonable amount to properly compensate Plaintiff for her property damage and loss of use.

4. For a fair and reasonable amount to properly compensate Plaintiff for her lost wages.

5. For costs incurred.

6. For such further and additional relief as the court deems proper under the circumstances.

DATED this 29th day of January, 2021.

**BLEAMAN LAW FIRM, P.C.**

By *Marc D. Bleaman /s/*
       Marc D. Bleaman
       Elizabeth L. Warner
       Attorneys for Plaintiff

COPY of the foregoing emailed this 29th day of January, 2021 to:

Jeremy Johnson
Jones Skelton & Hochuli PLC
40 N. Central Ave. Suite 2700
Phoenix, AZ  85004
jjohnson@jshfirm.com
Attorney for Defendants

6

Person/Attorney Filing: Marc D Bleaman
Mailing Address: 4562 N. 1st Ave., Suite 100
City, State, Zip Code: Tucson, AZ 85718
Phone Number: (520)323-1808
E-Mail Address: evelasquez@bleamanlawfirm.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 016378, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF SANTA CRUZ

Anastrid Gallego
Plaintiff(s),
v.
Russell Robert Gavel, et al.
Defendant(s).

Case No.   S1200CV202000272

**SUMMONS**

To: Russell Robert Gavel

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to Clerk of the Superior Court, 2160 N. Congress Dr.,
   Ste. 2200, Nogales, Arizona 85621 or electronically file your Answer through one of
   Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  SANTA CRUZ

SIGNED AND SEALED this date:*December 16, 2020*

*Juan Pablo Guzman*
Clerk of Superior Court

By:*ECASTILLO*
Deputy Clerk



AZturboCourt.gov Form Set #5245692

2

Person/Attorney Filing: Marc D Bleaman
Mailing Address: 4562 N. 1st Ave., Suite 100
City, State, Zip Code: Tucson, AZ 85718
Phone Number: (520)323-1808
E-Mail Address: evelasquez@bleamanlawfirm.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 016378, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF SANTA CRUZ

Anastrid Gallego
Plaintiff(s),
v.
Russell Robert Gavel, et al.
Defendant(s).

Case No.   S1200CV202000272

**SUMMONS**

To: Jane Doe Gavel

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 2160 N. Congress Dr., Ste. 2200, Nogales, Arizona 85621 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation. Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  SANTA CRUZ

SIGNED AND SEALED this date:*December 16, 2020*

*Juan Pablo Guzman*
Clerk of Superior Court

By:*ECASTILLO*
Deputy Clerk



AZturboCourt.gov Form Set #5245692

2

Person/Attorney Filing: MARC D BLEAMAN
Mailing Address: 4562 N. 1st Ave., Suite 100
City, State, Zip Code: Tucson, AZ 85718
Phone Number: (520)323-1808
E-Mail Address: evelasquez@bleamanlawfirm.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 016378, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF SANTA CRUZ

ANASTRID GALLEGO
Plaintiff(s),
v.
RUSSELL ROBERT GAVEL, et al.
Defendant(s).

Case No.   S1200CV202000272

**SUMMONS**

To: LV Express LLC

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to <u>Clerk of the Superior Court, 2160 N. Congress Dr.,
   Ste. 2200, Nogales, Arizona 85621 or electronically file your Answer through one of
   Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginfor</u>mation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  SANTA CRUZ

SIGNED AND SEALED this date:*January 29, 2021*

*Juan Pablo Guzman*
Clerk of Superior Court

By:*RLOPEZ*
Deputy Clerk



Person/Attorney Filing: Marc D Bleaman
Mailing Address: 4562 N. 1st Ave., Suite 100
City, State, Zip Code: Tucson, AZ 85718
Phone Number: (520)323-1808
E-Mail Address: evelasquez@bleamanlawfirm.com
[  ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 016378, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF SANTA CRUZ

Anastrid Gallego
Plaintiff(s),
v.
Russell Robert Gavel, et al.
Defendant(s).

Case No.   S1200CV202000272

**SUMMONS**

To: XYZ Corporations 1-10

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
    served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an
    Answer in writing with the Court, and you must pay the required filing fee. To file your
    Answer, take or send the papers to Clerk of the Superior Court, 2160 N. Congress Dr.,
    Ste. 2200, Nogales, Arizona 85621 or electronically file your Answer through one of
    Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
    of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents
    in this case.

3.  If this Summons and the other court papers were served on you within the State of
    Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
    date of service, not counting the day of service. If this Summons and the other court papers
    were served on you outside the State of Arizona, your Answer must be filed within
    THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
    service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  SANTA CRUZ

SIGNED AND SEALED this date:*December 16, 2020*

*Juan Pablo Guzman*
Clerk of Superior Court

By:*ECASTILLO*
Deputy Clerk



AZturboCourt.gov Form Set #5245692